UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH VINCENT BRINGARD,   )
                           )
            Plaintiff,     )     Case No. 1:06-cv-19
                           )
v.                         )     Honorable Wendell A. Miles
                           )
STEPHEN DeBOER et al.,     )
                           )
            Defendants.    )
_____)

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's Motion to Amend/Supplement Complaint (docket #10) is **GRANTED**.

IT IS FURTHER ORDERED that Plaintiff's federal claims be DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A.

IT IS FURTHER ORDERED that Plaintiff's supplemental state claims be DISMISSED WITHOUT PREJUDICE.

For the same reasons that the Court dismisses the action, the Court discerns no good-faith basis for an appeal. 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

This is a dismissal as described by 28 U.S.C. § 1915(g).


Dated: <u>April 11, 2006</u>　　　　　　　　　　　　　　 /s/ Wendell A. Miles
　　　　　　　　　　　　　　　　　　　　　　　　　Wendell A. Miles
　　　　　　　　　　　　　　　　　　　　　　　　　Senior U.S. District Judge